IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TYRONE HAYES PITTS,

        Plaintiff,

v.                                                            No. CV 20-1205 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** is before the Court for scheduling. **IT IS HEREBY ORDERED** that:

(1)    Plaintiff shall file a Motion to Reverse or Remand Administrative Agency with Supporting Memorandum on or before **June 14, 2021**;

(2)    Defendant shall file a Response on or before **August 16, 2021**;

(3)    Plaintiff may file a Reply on or before **August 30, 2021**;

(4)    All supporting memoranda filed pursuant to this Order shall cite **ONLY** the relevant portions of the transcript or record in support of assertions of fact and shall cite authority in support of propositions of law; and

(5)    **All requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.**  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order to the Court for approval.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE