IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TYRONE HAYES PITTS,

        Plaintiff,

v.                                                No. CV 20-1205 CG

ANDREW M. SAUL,
Commissioner of the
Social Security Administration,

        Defendant.

## ORDER EXTENDING BRIEFING DEADLINES

**THIS MATTER** is before the Court upon Plaintiff Tyrone Hayes Pitts' *Unopposed Motion for Extension of Time to File Briefs* (the "Motion"), (Doc. 21), filed June 14, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion shall be **GRANTED IN PART**.

**IT IS THEREFORE ORDERED** that Plaintiff is granted through **June 28, 2021**, to file his Motion to Reverse and Remand for a Rehearing with Supporting Memorandum.

**IT IS FURTHER ORDERED** that Defendant is granted through **August 30, 2021**, to file his Response, and Plaintiff through **September 13, 2021**, to serve his Reply. **No further extensions will be granted**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE