IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

TYRONE HAYES PITTS,

        Plaintiff,

v.                                     No. CV 20-1205 CG

KILOLO KIJAKAZI,[1]
Commissioner of the
Social Security Administration,

        Defendant.

### ORDER GRANTING MOTION TO EXTEND REPLY BRIEFING DEADLINE

**THIS MATTER** is before the Court on Plaintiff Tyrone Hayes Pitts's *Unopposed Motion for Extension of Time to File Reply* (the "Motion"), (Doc. 26), filed September 20, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that Mr. Pitts shall file his Reply by **October 14, 2021**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi was appointed Acting Commissioner of the Social Security Administration on July 9, 2021.